IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Albert S. Kelly, )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>Beverly Woods; Jim Page; Drake Stoney; )<br>Nurse Delanie; Amy Enloe; F. Russell; )<br>Major Jackson; Major Dennis Butch; )<br>Officer Hampton; Sgt. Drear; Kevin Moore; )<br>Unknown Sgt.; 2 Unknown Officers; )<br>Sgt. Parker; Unknown LT.; Mr. Wilson; )<br>Nurse Smith, )<br>)<br>    Defendants. )<br>_____ ) | Civil Action No.: 4:11-cv-2463-TLW-TER |

## ORDER

The plaintiff, Albert S. Kelly ("plaintiff"), proceeding pro se, filed this civil action on September 15, 2011. (Doc. # 1). The plaintiff, on March 23, 2012, filed a motion to dismiss the complaint in this case. (Doc. # 67). In the motion, he states it does not matter to him whether the dismissal is with or without prejudice. (Doc. # 67). On March 27, 2012, the defendants filed a response in support of the plaintiff's motion in which they request that any dismissal be with prejudice. (Doc. # 68). In light of the foregoing, the plaintiff's motion to dismiss (Doc. # 67) is **GRANTED**, and this case is **DISMISSED** with prejudice.

    **IT IS SO ORDERED.**

                                                            s/Terry L. Wooten
                                                            TERRY L. WOOTEN
                                                            United States District Judge

March 29, 2012
Florence, South Carolina