IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Albert S. Kelly, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No.: 4:11-cv-2463-TLW-TER |
| | ) | |
| Beverly Woods; Jim Page; Drake Stoney; | ) | |
| Nurse Delanie; Amy Enloe; F. Russell; | ) | |
| Major Jackson; Major Dennis Butch; | ) | |
| Officer Hampton; Sgt. Drear; Kevin Moore; | ) | |
| Unknown Sgt.; 2 Unknown Officers; | ) | |
| Sgt. Parker; Unknown LT.; Mr. Wilson; | ) | |
| Nurse Smith, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

# ORDER

The plaintiff, Albert S. Kelly ("plaintiff"), proceeding pro se, filed this civil action on September 15, 2011. (Doc. # 1). The plaintiff, on March 23, 2012, filed a motion to dismiss the complaint in this case. (Doc. # 67). In the motion, he states it does not matter to him whether the dismissal is with or without prejudice. (Doc. # 67). On March 27, 2012, the defendants filed a response in support of the plaintiff's motion in which they request that any dismissal be with prejudice. (Doc. # 68). In light of the foregoing, the plaintiff's motion to dismiss (Doc. # 67) is **GRANTED**, and this case is **DISMISSED** with prejudice.

**IT IS SO ORDERED.**

s/Terry L. Wooten_____
TERRY L. WOOTEN
United States District Judge

March 29, 2012
Florence, South Carolina